MCGUIRE WOODS LLP
SUSAN L. GERMAISE #176595
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
sgermaise@mcguirewoods.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT
COMPANY AND SPRINT/UNITED
MANAGEMENT COMPANY
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE SPRINT/UNITED MANAGEMENT COMPANY LONG TERM DISABILITY PLAN; SPRINT/UNITED MANAGEMENT COMPANY, in its capacity as Plan Administrator,<br><br>　　　　Defendants. | CASE NO.  10-cv-03880-CW<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**Discovery Cutoff:**　None set<br>**Motion Cutoff:**　　None set<br>**Pre-Trial Conf.:**　　None set<br>**Trial:**　　None set |

Pursuant to the Stipulation of Plaintiff Michael Franks and Defendants Sprint/United Management Company and Sprint/United Management Company Long Term Disability Plan (collectively, "the Parties"), by and through their counsel of record herein,

IT IS SO ORDERED that Defendants' response to Plaintiff's Complaint, presently due on or before October 4, 2010, is extended to November 1, 2010.

Dated:  10/5/2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　United States District Judge

19512892.1