TAD A. DEVLIN (SBN 190355)
JOEL A. MORGAN (SBN 262937)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANKS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE SPRINT/UNITED MANAGEMENT COMPANY LONG TERM DISABILITY PLAN; SPRINT/UNITED MANAGEMENT COMPANY, in its capacity as Plan Administrator,<br><br>　　　　　Defendant. | CASE NO. CV 10-03880 CW<br><br>Judge Claudia Wilken<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in this action, Plaintiff Michael Franks and Defendants Aetna Life Insurance Company and Sprint/United Management Company Long Term Disability Plan, and Sprint/United Management Company (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the parties in this action are currently set to attend the Court's Further Case Management Conference scheduled for January 18, 2011;

WHEREAS the parties have been discussing resolution of this matter and have made progress in that regard.  To facilitate further discussions and avoid unnecessary time and expense and use of the Court's resources, the parties, through their attorneys, seek to continue the time for the parties to appear at to the January 18, 2011 Case Management Conference for at least 45

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CV 10 03880 CW

1  days.

2  WHEREAS the Court conducts Case Management Conferences on Tuesdays at 2 p.m.,
3  all parties have agreed to continue the current Case Management Conference until March 8, 2011
4  to allow parties the necessary time to further discuss resolution of this matter.

5  **IT IS SO STIPULATED:**

6  Dated:  January 13, 2011                    GORDON & REES LLP

8                                               By:_____/s/_____
                                                        Tad Devlin
9                                                       Joel A. Morgan
                                                        Attorneys for Defendant
10                                                      AETNA LIFE INSURANCE
                                                        COMPANY

11 DATED:  January 13, 2011                   JULIAN M. BAUM & ASSOCIATES

14                                              By:  _____/s/_____
                                                        Julian M. Baum, Esq.
15                                                      Attorneys for Plaintiff
                                                        MICHAEL FRANKS

16 DATED: January 13, 2011                    MCGUIREWOODS LLP

18                                              By: _____/s/_____
                                                        Adam H. Garner, Esq.
19                                                      Attorneys for Defendants,
                                                        SPRINT/UNITED MANAGEMENT
20                                                      COMPANY AND THE
                                                        SPRINT/UNITED MANAGEMENT
21                                                      COMPANY LONG TERM
                                                        DISABILITY PLAN

23  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that the Case
24  Management Conference in this case is continued to March 8, 2011.

26  Date:__**Jan. 14**___, 2011         _____
                                        Claudia Wilken
27                                      United States District Judge

-2-

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071