| | |
|---|---|
| 1 | TAD A. DEVLIN (SBN: 190355) |
| 2 | JOEL A. MORGAN  (SBN:  262937)<br>GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000<br>San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-5900<br>Facsimile:  (415) 986-8054 |
| 5 | Email: tdevlin@gordonrees.com<br>Email: jmorgan@gordonrees.com |
| 6 | Attorneys for Defendants |
| 7 | AETNA LIFE INSURANCE COMPANY;<br>THE SPRINT/UNITED MANAGEMENT |
| 8 | COMPANY LONG TERM DISABILITY<br>PLAN AND SPRINT/UNITED |
| 9 | MANAGEMENT COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FRANKS, an individual, | ) | CASE NO. CV 10-3880 CW |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS THE SPRINT/UNITED** |
| | ) | **MANAGEMENT COMPANY LONG** |
| vs. | ) | **TERM DISABILITY PLAN AND** |
| | ) | **SPRINT/UNITED MANAGEMENT** |
| AETNA LIFE INSURANCE COMPANY; THE | ) | **COMPANY'S SUBSTITUTION OF** |
| SPRINT/UNITED MANAGEMENT | ) | **COUNSEL; ORDER** |
| COMPANY LONG TERM DISABILITY | ) | |
| PLAN; SPRINT/UNITED MANAGEMENT | ) | |
| COMPANY, in its capacity as Plan | ) | |
| Administrator, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants The Sprint/United Management Company Long Term Disability Plan and Sprint/United Management Company (collectively "Sprint/United Management Company") hereby substitute:

///

- 1 -
SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
CASE NO. CV 10-3880 CW

```
              GORDON & REES LLP
              Tad A. Devlin, Esq.
              Joel A. Morgan, Esq.
              275 Battery Street, Suite 2000
              San Francisco, CA 94111
              Telephone: (415) 986-5900
              Facsimile: (415) 986-8054
```

as its attorney of record in the above-entitled action in the place and stead of:

```
              MCGUIRE WOODS LLP
              Susan L. Germaise, Esq.
              Adam H. Garner, Esq. (*pro hac vice*)
              1800 Century Park East, 8th Floor
              Los Angeles, California 90067
              Telephone: (310) 315-8200
              Facsimile: (310) 315-8210
```

All notices and papers should be served on the new counsel of record at the above address.

Sprint/United Management Company hereby accepts and consents to the Substitution of Counsel.

DATED:  February 15, 2011                    SPRINT/UNITED MANAGEMENT COMPANY

                                             By:  _____/s/_____
                                                  Elizabeth Fohrman Simon
                                                  Counsel for Sprint/United
                                                  Management Company

On behalf of McGuire Woods LLP, I consent to this substitution.

DATED:  February 15, 2011                    MCGUIRE WOODS LLP

                                             By:  _____/s/_____
                                                  SUSAN L. GERMAISE
                                                  Attorneys for Defendants
                                                  SPRINT/UNITED MANAGEMENT
                                                  COMPANY

///

///

///

1  On behalf of Gordon & Rees LLP, I accept the foregoing substitution.

2  DATED:  February 15, 2011        GORDON & REES LLP

3

4                                   By:  _____/s/_____
                                         TAD A. DEVLIN
5                                        Attorneys for Defendant
                                         AETNA LIFE INSURANCE COMPANY;
6                                        SPRINT/UNITED MANAGEMENT
                                         COMPANY

7

8  **IT IS SO ORDERED**:

9

10 Dated:  **February 17, 2011**      By: _____
                                         UNITED STATES DISTRICT JUDGE

- 3 -

SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
CASE NO. CV 10-3880 CW

AETNA/1065387/9190145v.1