1  TAD A. DEVLIN (SBN 190355)
   JOEL A. MORGAN (SBN 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY,
6  SPRINT/UNITED MANAGEMENT COMPANY
   AND THE SPRINT/UNITED MANAGEMENT
7  COMPANY LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL FRANKS, | ) CASE NO. CV 10-03880 CW |
|---|---|
| Plaintiff, | ) Judge Claudia Wilken |
| vs. | ) **STIPULATION AND ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |
| AETNA LIFE INSURANCE COMPANY; THE SPRINT/UNITED MANAGEMENT COMPANY LONG TERM DISABILITY PLAN; SPRINT/UNITED MANAGEMENT COMPANY, in its capacity as Plan Administrator, | |
| Defendants. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in this action, Plaintiff Michael Franks and Defendants Aetna Life Insurance Company and Sprint/United Management Company Long Term Disability Plan, and Sprint/United Management Company (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the parties in this action are currently set to attend the Court's Case Management Conference scheduled for March 8, 2011;

WHEREAS the parties have continued to discuss resolution of this matter and have made progress in that regard.  To facilitate further discussions and avoid unnecessary time and expense and use of the Court's resources, the parties, through their attorneys, seek to continue the time

-1-

STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER
CONTINUE CASE MANAGEMENT CONFERENCE

CV 10 03880 CW

1  for the parties to appear at to the March 8, 2011 Case Management Conference for at least 28
2  days.
3       WHEREAS the Court conducts Case Management Conferences on Tuesdays at 2 p.m.,
4  all parties have agreed to further continue the current Case Management Conference until <u>April
5  5, 2011</u> to allow parties the necessary time to further discuss resolution of this matter.
6       **IT IS SO STIPULATED:**
7  Dated:  March 4, 2011                    GORDON & REES LLP

9                                           By:_____/s/_____
10                                                  Tad Devlin
                                                    Joel A. Morgan
11                                                  Attorneys for Defendants
                                                    AETNA LIFE INSURANCE
12                                                  COMPANY, SPRINT/UNITED
                                                    MANAGEMENT COMPANY AND
                                                    THE SPRINT/UNITED
13                                                  MANAGEMENT COMPANY
                                                    LONG TERM DISABILITY PLAN

15 DATED:  March 4, 2011                   JULIAN M. BAUM & ASSOCIATES

17                                          By:  _____/s/_____
                                                    Julian M. Baum, Esq.
18                                                  Attorneys for Plaintiff
                                                    MICHAEL FRANKS

-2-
STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER
CONTINUE CASE MANAGEMENT CONFERENCE
CV 10 03880 CW

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that the Case
2  Management Conference in this case is continued to April 5, 2011.

3
4  Date:  March 7, 2011                    _____
                                            Claudia Wilken
5                                           United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

AETNA/1065387/9367992v.1

-3-
STIPULATION AND [PROPOSED] ORDER TO FURTHER
CONTINUE CASE MANAGEMENT CONFERENCE
CV 10 03880 CW