1  JULIAN M. BAUM (CA State Bar No. 130892)
   LISA A. LAWRENCE (CA State Bar No. 132310)
2  JULIAN M. BAUM & ASSOCIATES
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 963-4424
4  Facsimile:  (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5          LAL@JMBLawGroup.Com

6  Attorneys for Plaintiff

7
   TAD A. DEVLIN (SBN 190355)
8  JOEL A. MORGAN (SBN 262937)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
11
   Attorneys for Defendants
12 AETNA LIFE INSURANCE COMPANY,
   SPRINT/UNITED MANAGEMENT COMPANY
13 AND THE SPRINT/UNITED MANAGEMENT
   COMPANY LONG TERM DISABILITY PLAN
14

15            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16

17
   MICHAEL FRANKS, an individual,            )
18                                           )  Case No. C 10-03880 CW
              Plaintiff,                     )
19                                           )  **STIPULATION AND ORDER FOR 60-**
   v.                                        )  **DAY CONDITIONAL DISMISSAL**
20                                           )
   AETNA LIFE INSURANCE COMPANY;             )  Case Management Conference:
21 THE SPRINT/UNITED MANAGEMENT              )
   COMPANY LONG TERM DISABILITY             )  Date:  April 5, 2011
22 PLAN; SPRINT/UNITED MANAGEMENT            )  Courtroom:
   COMPANY, in its capacity as Plan          )  Hon. Claudia Wilken
23 Administrator,                            )  United States District Judge
                                             )
24            Defendants.                    )
                                             )
25 _____ )

26

27

28
   _____
   STIPULATION AND ~~PROPOSED~~ ORDER        Page 1 of 3        Case No. C 10-03880 CW
   FOR CONDITIONAL DISMISSAL

1    WHEREAS, the parties anticipate resolving by agreement any and all remaining issues in

2  this action; and

3    WHEREAS the parties in this action are currently set to attend the Court's Case

4  Management Conference scheduled for April 5, 2011;

5    The parties in this action, Plaintiff Michael Franks and Defendants Aetna Life Insurance

6  Company and Sprint/United Management Company Long Term Disability Plan, and

7  Sprint/United Management Company (collectively referred to herein as "Defendants"), by and

8  through their respective counsel of record, hereby stipulate as follows:

9    **The parties stipulate and respectfully request that the Court enter a 60-day**

10  **conditional dismissal of the action, in the form of the proposed Order  set forth below.**

11    **IT IS SO STIPULATED:**

12

13  Dated:  April 1, 2011                   Respectfully Submitted,

14                                         JULIAN M. BAUM & ASSOCIATES

15                                             /s/ *Julian M. Baum*

16                                         By: _____

17                                            Julian M. Baum
                                            Attorneys for Plaintiff

18  Dated:  April 1, 2011            GORDON & REES LLP

19

20                                         /s/ *Tad A. Devlin*

21                                         By: _____

22                                            Tad A. Devlin
                                            Attorneys for Defendants

23  ///

24  ///

25  ///

26  ///

27

28

1

2

# ORDER

3

4
        The parties having so stipulated,  IT IS HEREBY ORDERED that this cause is dismissed

5
with prejudice; provided, however, that if any party shall certify to this Court, within 60 days

6
from the date of entry of this Order, that settlement of this action has not been consummated,

7
then the foregoing Order shall stand vacated and this cause shall forthwith be restored to the

8
Court's calendar for further proceedings.

9

10
        **IT IS SO ORDERED.**

11

12
Dated:  **4/5/2011**

13
CLAUDIA WILKEN
        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28