IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANKS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY; THE SPRINT/UNITED MANAGEMENT COMPANY LONG TERM DISABILITY PLAN; and SPRINT/UNITED MANAGEMENT COMPANY, in its capacity as Plan Administrator,<br><br>    Defendants.<br>_____/ | No. C 10-3880 CW<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Docket No. 39) |

    For the reasons explained at the December 22, 2011 hearing, Defendants' motion for summary judgment is denied without prejudice, subject to refiling on or before January 23, 2012.

    In advance of any further motion for summary judgment, the parties shall do the following. Defendants shall provide Plaintiff with a copy of the documents on which they rely in charging an offset. Plaintiff shall inform Defendants of the amount of social security benefits originally awarded to him and provide a copy of the award letter, if possible, as well as the basis for the award and any subsequent increases. If Plaintiff has lost the original award letter, Plaintiff shall make a good faith effort to secure documentation of the award from the Social Security Administration, and Defendants shall use the avenues at their disposal to secure the missing information from the SSA. The parties shall share this information with opposing counsel, as soon as they acquire it.

Before Defendants file a second motion for summary judgment, they shall meet and confer with Plaintiff's counsel regarding the correct benefit payment for each month at issue.  If the parties have not resolved the dispute, Defendants may file their second motion for summary judgment, addressing the offset issue.  Any motions relating to attorneys' fees, costs and interest may be made at a later date.

IT IS SO ORDERED.

Dated: 12/23/2011

CLAUDIA WILKEN
United States District Judge