IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FRANKS,

      Plaintiff,

  v.

AETNA LIFE INSURANCE COMPANY, et al.,

      Defendants.
_____/

No. C 10-3880 CW

ORDER REGARDING PLAINTIFF'S MOTION FOR JUDGMENT

    Defendant's motion for summary judgment is fully briefed and has been taken on the papers. On May 25, 2012, Plaintiff filed a motion for judgment. No further opposition or reply is required on this motion. In seven days, Defendant may file an opposition of no more than five pages on new facts or law included in Plaintiff's motion that were not addressed in the briefing on the motion for summary judgment. If Defendant files an opposition, Plaintiff may, four days thereafter, file a reply of not more than three pages, similarly addressing only new facts or law addressed in Defendant's brief. Both motions will be decided on the papers.

Dated: 6/4/2012

CLAUDIA WILKEN
United States District Judge