IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FRANKS, an individual,   No. C 10-3880 CW

    Plaintiff,   JUDGMENT

    v.

AETNA LIFE INSURANCE COMPANY; THE SPRINT/UNITED MANAGEMENT COMPANY LONG TERM DISABILITY PLAN; and SPRINT/UNITED MANAGEMENT COMPANY, in its capacity as Plan Administrator,

    Defendants.
_____/

    For the reasons set forth in the Order Granting Defendants' Renewed Motion for Summary Judgment and Denying Plaintiff's Motion for Judgment, filed this day,

    IT IS HEREBY ORDERED AND ADJUDGED:

    That Plaintiff Michael Franks take nothing, that the action be dismissed on the merits, and that each party bear its own costs of the action.

    IT IS SO ORDERED.

Dated: 10/30/2012

                                        CLAUDIA WILKEN
                                        United States District Judge